# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARK E RAHOI,

        Plaintiff,

        v.                                    Case No. 09-cv-00685

DANIEL J TRAWICKI, DR POONOOSE MACKIEL,
and WAUKESHA COUNTY,

        Defendants.

## ORDER

        A review of this file discloses that defendants Trawicki and Waukesha County filed a motion for summary judgment on May 20, 2010, and that defendant Mackiel filed a motion for summary judgment on May 21, 2010. Court records indicate that copies of the motions and supporting materials were mailed to the plaintiff on May 21, 2010. Under the applicable procedural rules, the plaintiff's responses to the motions should have been filed on or before June 18, 2010.

        Briefing schedules are set forth in Civil Local Rules 7 and 56 (E.D. Wis.). Parties are expected to comply with the procedures and dates specified in the rules without involvement of the court.

        Court records show that the plaintiff did not file any response to the defendants' motions for summary judgment. Therefore,

        **IT IS ORDERED** that this action be dismissed with prejudice for lack of prosecution effective **August 20, 2010**, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy enclosed) and Federal Rule of Civil Procedure 41(b), unless prior to that date the plaintiff responds to the defendants' motions or establishes just cause for his failure to respond to said motions as required.

Dated at Milwaukee, Wisconsin this 19th day of July, 2010.

                                                **BY THE COURT:**

                                                s/ William E. Callahan, Jr.
                                                WILLIAM E. CALLAHAN, JR.
                                                United States Magistrate Judge

**Civil Local Rule 41(c)**
**Dismissal for Lack of Diligence**

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.